
SLIP OPINION

# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS SUPREME COURT
AND COURT OF APPEALS RULE 6-3

**Opinion Delivered** January 23, 2014

**PER CURIAM**

Effective this date, Arkansas Supreme Court and Court of Appeals Rule 6–3 is revised and republished to read as follows.

**Rule 6–3. Anonymity in certain appellate proceedings, opinions and case styles.**

(a) *Scope.* The record and accompanying briefs, motions, or other filings in all adoption appeals and all appeals originating in the juvenile division of circuit court shall be sealed. The Clerk shall ensure that the public docket use initials to identify juveniles in those appeals. Counsel and the Court shall preserve the juvenile's anonymity by using initials in all subsequent captions, opinions, motions, and briefs, as well as in oral argument, if any. The record and papers on appeal shall be open for inspection only to counsel and parties of record, or, only upon order of the Court after review of a written motion. In any other appeal in which counsel for either side believes that a person's identity should be protected by the Court, counsel may move the Court to do so.

(b) *Appellant as Movant.* If the movant is the appellant in the case, the motion shall be filed at the time the transcript is tendered for filing to the Clerk. The person whose identity is sought to be protected shall be referred to using the initials of the first and last names in the

SLIP OPINION

motion and on the cover of the transcript, if applicable. Upon filing the motion, the Clerk shall seal the record pending the Court's decision on the motion.

(c) *Appellee as Movant*. If the movant is the appellee in the case, the motion shall be filed within 5 days, excluding weekends and holidays, of the date the record is filed. The person whose identity is sought to be protected shall be referred to using the initials of the first and last names in the motion. Upon filing the motion, the Clerk shall seal the record pending the Court's decision on the motion.

(d) *Service*. A copy of the motion must be served upon opposing counsel who will have 10 days to respond and serve the movant. Opposing counsel shall also use only the initials of the first and last names of the person at issue in any response.

(e) *Motion Granted*. If the Court grants the motion, the Clerk shall ensure that the cover of the tendered transcript complies with the Court's order. Counsel and the Court shall preserve the person's anonymity by using initials to identify the protected party in all subsequent captions, opinions, motions, and briefs, as well as in oral argument, if any. The records and papers on appeal shall be open for inspection only to counsel and parties of record, or, only upon order of the Court after review of a written motion.

(f) *Motion Denied*. If the Court denies the motion, the Clerk shall substitute the person's full name on the cover of the transcript, if applicable, and the appeal shall proceed in accordance with these Rules.

It is so ordered.